# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )  DOCKET NO. 2:00CR00091-002
)
HERBERT LEE BAILEY )

## ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On the court's finding of guilt as to violations one and two of the petition,  it is ORDERED

that the term of supervision imposed on March 26, 2003, be extended for an additional term of 12

months. All previous conditions imposed shall remain in effect, *except that the next*

*2 monthly installments of restitution shall be*

*reduced to $50.00 each*

DONE this 22th day of June, 2005

W. Harold Albritton
Senior U. S. District Judge